# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0239. JAMES C. THOMAS v. TRIEN NGYEN.

James C. Thomas, proceeding pro se, filed this discretionary application seeking to appeal an order entered by the Magistrate Court of Clayton County in a dispossessory action. We lack jurisdiction.

"The only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Thus, this Court may address magistrate court matters only if they have already been reviewed by the state or superior court. See *Westwind Corp. v. Wash. Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990). Absent an appealable state or superior court order, we are unable to obtain jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/18/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.